1    NONA YEGAZARIAN (SBN 316458)
     NYegazarian@FoxRothschild.com
2    FOX ROTHSCHILD LLP
     Constellation Place
3    10250 Constellation Blvd, Suite 900
     Los Angeles, California 90067
4    Telephone:   310.598.4150
     Facsimile:   310.556.9828
5
     Attorneys for Defendant
6    TABULA RASA HEALTHCARE, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   VIGILANT LLC,                          Case No.

12                   Plaintiff,             **DECLARATION OF NONA
                                            YEGAZARIAN IN SUPPORT OF**
13          v.                              **NOTICE OF REMOVAL OF
                                            ACTION TO FEDERAL COURT**
14   TABULA RASA HEALTHCARE,
     INC., a corporation doing business as
15   prescribed wellness; and DOES 1
     through 10, inclusive,
16
                     Defendants.
17

18        I, Nona Yegazarian, hereby declare the following:
19
          1.    I am an attorney licensed to practice law in the State of California and
20
     before this Court. I am an attorney with the law firm of Fox Rothschild LLP,
21
     attorneys of record for Defendant Tabula Rasa HealthCare, Inc. ("Tabula Rasa" or
22
     "Defendant"). I have personal knowledge of the facts stated herein, and if called as
23
     a witness to testify thereto, I could competently do so.
24
          2.    True and correct copies of Plaintiff Vigilant LLC's ("Plaintiff")
25
     Complaint, with Summons, Civil Case Sheet, Proof of Service and Notice of Case
26
     Management Hearing are attached hereto as <u>Exhibit A</u>.
27
          3.    True and correct copies of documents filed with the State of Ohio are
28

                                           1
                        DECLARATION OF NONA YEGAZARIAN

126093485.1

attached hereto as <u>Exhibit B</u>, which appear to show Chris Nyhuis and Katherine Nyhuis as members of Plaintiff.

4.      True and correct copies of a print-out of a Warren County Property Search are attached hereto as <u>Exhibit C</u>, which appear to show Chris Nyhuis and Katherine Nyhuis reside in Ohio and therefore are Ohio citizens.

5.      True and correct copies of documents filed with the State of Ohio are attached hereto as <u>Exhibit B</u>, which appear to show that Plaintiff is located at 8366 Princeton Glendale Road, Suite B5, West Chester, Ohio 45069.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 10th day of September, 2021, at Los Angeles, California.

*/s/ Nona Yegazarian*
Nona Yegazarian

2

# EXHIBIT A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:** TABULA RASA HEALTHCARE, INC, a
*(AVISO AL DEMANDADO):* corporation and doing business as Prescribe
Wellness; and Does 1 through 10, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:** VIGILANT LLC, a limited liability
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* company,

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of Orange<br>700 Civic Center Drive West<br>Santa Ana, California 92701 | CASE NUMBER:<br>*(Número del Caso):* 30-2021-01214291-CU-CL-CJC<br><br>Judge Theodore Howard |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: TODD F. HAINES, ESQ.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
LAW OFFICES OF TODD F. HAINES

30495 CANWOOD STREET, SUITE #100, AGOURA HILLS, CA 91301   #467-154     818-597-2240

| DATE:<br>*(Fecha)* 08/05/2021 DAVID H. YAMASAKI, Clerk of the Court | Clerk, by<br>*(Secretario)* Katie Trent | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*     Katie Trent



**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder® |

LAW OFFICES OF TODD F. HAINES
TODD F. HAINES, ESQ., BAR NO. 144429
SHAN H. YAMAMOTO, ESQ., BAR NO. 253262
BRIAN P. TAPPER, ESQ., BAR NO. 256580
30495 Canwood Street, Suite 100
Agoura Hills, California 91301
(818)597-2240

Attorneys for Plaintiff
VIGILANT LLC

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF ORANGE

| | |
|---|---|
| VIGILANT LLC, a limited liability company, | CASE NO. **30-2021-01214291-CU-CL-CJC** |
| Plaintiff, | COMPLAINT FOR MONEY; BREACH OF CONTRACT; BOOK ACCOUNT; ACCOUNT STATED; SERVICES RENDERED |
| vs. | |
| TABULA RASA HEALTHCARE, INC, a corporation and doing business as Prescribe Wellness; and Does 1 through 10, inclusive, | **Assigned for All Purposes** |
| | Judge Theodore Howard |
| Defendants. | |

PLAINTIFF alleges as follows:

### GENERAL ALLEGATIONS

1.    Plaintiff, VIGILANT LLC , a limited liability company, is a limited liability company duly organized and validly existing under and by virtue of the laws of its state of incorporation and is duly authorized and qualified to transact business in this State.

//

//

2.    PLAINTIFF is informed, believes and thereon alleges that Defendant, TABULA RASA HEALTHCARE, INC, a corporation and doing business as Prescribe Wellness ("TABULA RASA HEALTHCARE") is, and at all times mentioned herein was, a corporation existing and doing business under the laws of the State of California, and having its principal place of business in the City of Orange, State of California.

3.    The true names and capacities whether individual, corporate, associate, or otherwise of defendants sued herein as Does 1 through 10, inclusive, are unknown to PLAINTIFF at the time of filing this complaint and, therefore PLAINTIFF sues said defendants by such fictitious names.  PLAINTIFF will ask leave of the court to amend this complaint to allege their true names and capacities when the same shall have been ascertained, together with appropriate charging allegations, if necessary. PLAINTIFF is informed, believes and thereon alleges that each of the fictitiously named defendants is responsible, in some manner, for the events and happenings hereinafter set forth.   Hereinafter "DEFENDANTS" shall collectively refer to TABULA RASA HEALTHCARE, and DOES 1 through 10.

4.    At all times herein mentioned, each of the DEFENDANTS was an agent, employee or representative of each of the remaining DEFENDANTS, and acted within the course and scope of said agency, employment or representation.

//

//

## FIRST CAUSE OF ACTION AGAINST ALL DEFENDANTS

### (Breach of Contract)

5.   Within four years preceding the commencement of this action, at the special instance and request of DEFENDANTS, and each of them, PLAINTIFF sold and delivered to said DEFENDANTS, and each of them, certain IT services.

6.   DEFENDANTS, and each of them, accepted said goods and services, and in consideration thereof, agreed orally and in writing to pay therefore.

7.   PLAINTIFF has performed all the terms and conditions on its part to be performed under said agreement, except as prevented or excused from doing so by the wrongful acts of DEFENDANTS.

8.   Said DEFENDANTS, and each of them, have failed and refused to pay to PLAINTIFF herein the money earned by PLAINTIFF for said goods and/or services, although demand for payment has been made, and there is now due, owing and unpaid from DEFENDANTS, and each of them, to PLAINTIFF the sum of $353,190.00 together with interest thereon at the maximum rate permitted by law from September 1, 2019, and reasonable attorneys fees pursuant to Civil Code §1717.5.

## SECOND CAUSE OF ACTION AGAINST ALL DEFENDANTS

### (Book Account)

9.   PLAINTIFF refers to and incorporates herein, as though fully set forth, paragraphs 1 through 11.

//

//

- 3 -

10.   Within four years last past, DEFENDANTS, and each of them, became indebted to PLAINTIFF in the sum of $353,190.00 for a balance due on a book account for money earned as a result of the sale and delivery of said services by PLAINTIFF to DEFENDANTS at DEFENDANTS' request.   No part of said sum has been paid, although demand for payment has been made and there is now due, owing and unpaid the sum of $353,190.00 together with interest thereon at the maximum rate permitted by law from September 1, 2019 and reasonable attorneys fees pursuant to Civil Code §1717.5.

### THIRD CAUSE OF ACTION AGAINST ALL DEFENDANTS

(Account Stated)

11.   PLAINTIFF refers to, and incorporates herein as though fully set forth, paragraphs 1 through 13.

12.   Within four years preceding the commencement of this action, an account was stated by and between PLAINTIFF and DEFENDANTS, and each of them, wherein it was ascertained, determined and agreed that DEFENDANTS, and each of them, were indebted to PLAINTIFF in the sum of $353,190.00, together with interest thereon at the maximum rate permitted by law from September 1, 2019.

### FOURTH CAUSE OF ACTION AGAINST ALL DEFENDANTS

(Services Rendered)

13.   PLAINTIFF refers to, and incorporates herein as though fully set forth, paragraphs 1 through 15.

//

//

– 4 –

14.   Within two years last past, DEFENDANTS, and each of them, became indebted to PLAINTIFF in the sum of $353,190.00 for the reasonable value of money earned by PLAINTIFF as a result of the sale and delivery of said services at DEFENDANTS' request. The sum of $353,190.00 was, and is the reasonable value of said earned money.  No part of said sum has been paid, although demand for payment has been made, and there is now due, owing and unpaid, the sum of $353,190.00, together with interest thereon at the maximum rate permitted by law from September 1, 2019.

WHEREFORE, PLAINTIFF prays judgment against DEFENDANTS, and each of them, as follows:

<u>AS TO ALL CAUSES OF ACTION</u>

1.   For the sum of $353,190.00 together with interest thereon at the maximum legal rate permitted by law from September 1, 2019;

2.   For costs of suit herein incurred;

3.   For attorneys fees pursuant to agreement and Civil Code §1717.5, and;

4.   For such other and further relief as the Court may deem just and proper.

DATED: July ⌈ , 2021          LAW OFFICES OF TODD F. HAINES

By: _____
                TODD F. HAINES
                Attorneys for Plaintiff
                VIGILANT LLC

BT/467-154

- 5 -

**CM-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>TODD F. HAINES, ESQ.  SBN: #144429<br>LAW OFFICES OF TODD F. HAINES<br>30495 CANWOOD STREET, SUITE #100, AGOURA HILLS, CA 91301  #467-154<br>TELEPHONE NO.:818-597-2240  FAX NO.:818-597-2120<br>ATTORNEY FOR *(Name):* VIGILANT LLC | *FOR COURT USE ONLY* |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: Central Justice Center

CASE NAME: VIGILANT LLC v. TABULA RASA HEALTHCARE, INC, etc., et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited   [ ] Limited<br>(Amount   (Amount<br>demanded   demanded is<br>exceeds $25,000)   $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 30-2021-01214291-CU-CL-CJC |
| | | JUDGE: Judge Theodore Howard<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[X] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):* FOUR
5. This case [ ] is [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: JULY 16, 2021

TODD F. HAINES, ESQ.
_____
(TYPE OR PRINT NAME)   (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*
Westlaw Doc & Form Builder™

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability (*not asbestos or toxic/environmental*) (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
  Contract/Warranty Breach–Seller Plaintiff (*not fraud or negligence*)
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage (*not provisionally complex*) (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment (*non-domestic relations*)
  Sister State Judgment
  Administrative Agency Award (*not unpaid taxes*)
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified above*) (42)
  Declaratory Relief Only
  Injunctive Relief Only (*non-harassment*)
  Mechanics Lien
  Other Commercial Complaint Case (*non-tort/non-complex*)
  Other Civil Complaint (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (*not specified above*) (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

POS-010

ATTORNEY OF PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
TODD F. HAINES                                          144429
TODD F. HAINES * !!                                     C
30495 CANWOOD STREET, SUITE 100
AGOURA HILLS, CA 91301
  TELEPHONE: (818) 597-2240
ATTORNEY FOR: PLAINTIFF
  OCSC CENTRAL/UNLIMITED
  STREET ADDRESS: per rule 2.150 (a)(8):
  MAILING ADDRESS: the address of the court is not required
CITY AND ZIP CODE:
  BRANCH NAME:

FOR COURT USE ONLY

| Plaintiff | VIGILANT LLC |
| Defendant | TABULA RASA HEALTHCARE |

CASE NUMBER:
30-2021-01214291CU-CL-CJC

Clt. Ref. or File No.:
467-154

**PROOF OF SERVICE OF SUMMONS**

(Separate proof of service is required for each party served.)

HEARING:
DATE: 01/14/22
TIME: 9:00
DIV/DEPT: C18

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
     SUMMONS; COMPLAINT; NOTICE OF HEARING CASE MANAGEMENT CONFERENCE; CIVIL CASE
     COVER SHEET

3.    a. [XX] Party served
          TABULA RASA HEALTHCARE, INC, A CORPORATION AND DOING BUSINESS AS
          PRESCRIBE WELLNESS

      b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not
          a person under item 5b on whom substituted service was made) (specify name and relationship to the party
          named in item 3a):
          NAT'L REG AGENTS/REG. AGENTS, JESSIE GASTELUM

4. Address where the party was served: 330 N BRAND BLVD STE 700
                                        GLENDALE, CA 91203

5. I served the party (check proper box)
      a. [XX] by personal service. I personally delivered the documents list in item 2 to the party or person authorized
              to receive service of process for the party (1) on (date): 08/11/21 (2) at (time): 9:50 am.

          (4)  [___  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be
               served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents
               on (date):          from (city):          or [__] a declaration of mailing is attached.
          (5)  [___  I attach a declaration of diligence stating actions taken first to attempt personal service.

Computer-generated form
Judicial Council of California
POS-010 (Rev. January 1, 2007)          GO: 11 richardf

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, 417.10



AX0211-21825632

Plaintiff      VIGILANT LLC
Defendant     TABULA RASA HEALTHCARE

CASE NUMBER:
30-2021-01214291CU-CL-CJ

c. [___] by mail and acknowledgment of receipt of service, I mailed the documents listed
in item 2 to the party, to the address shown in Item 4, by first-class mail,
postage prepaid.

  (1) on (date):      (2) from (city):
  (3) [___] with two copies of the Notice and Acknowledgment of Receipt (form 982(a)(4)
and a postage paid return envelope addressed to me.  (Attach completed
Notice and Acknowledgement of Receipt (form 982(a)(4).) (Code of Civ.
Proc., 415.30).)

  (4) [___] to an address outside California with return receipt requested.
(Code Civ. Proc., 415.40)
d. [___] by other means specify means of service and authorizing code section):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [___] as an individual defendant.
  b. [___] as the person sued under the fictitious name of (specify):

  c. [___] as occupant/tenant.
  d. [XX] on behalf of:
     TABULA RASA HEALTHCARE, INC, A CORPORATION AND DOING BUSINESS AS
     PRESCRIBE WELLNESS

     under the following Code of Civil Procedure section:
     [XX] CCP 416.10 (corporation)     [___] 416.60 (minor)
     [___] 416.20 (defunct corporation)    [___] 416.70 (ward or conservatee)
     [___] 416.30 (joint stock or company asscciation)  [___] 416.90 (authorized person)
     [___] 416.40 (association or partnership)  [___] 415.46 (occupant/tenant)
     [___] 416.50 (public entity)     [___] other:
     [___] CCP 415.95 (business organization, form unknown)

7. Person who served papers
  a. Name: F. ARMAS
  b. Address: 5632 Van Nuys Blvd., # 240 Van Nuys CA 91401
  c. Telephone number: (213) 928-7247
  d. The fee for service was: $   79.00   (recoverable under CCP1033.5(a)(4)(B))
  e. I am:
    (1) [___] not a registered California process server.
    (2) [___] exempt from registration under Business and Professions Code
       Section 22350(b).
    (3) [XX] registered California process server:
       (i) [___] Owner   [XX] Employee   [___]  Independent contractor.
      (ii) Registration No.: 2015254338
      (iii) County: LOS ANGELES

8. [XX] I declare under penalty of perjury under the laws of the State of California that
    the foregoing is true and correct.
    or
9. [___] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 8-12-21

F. ARMAS
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

Page 2 of 2

Computer-generated form      **PROOF OF SERVICE OF SUMMONS**    Code of Civil Procedure, 417.10
Judicial Council of California
POS-010 (Rev. January 1, 2007)    GO: 11

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE** | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center | **FILED**<br>*SUPERIOR COURT OF CALIFORNIA*<br>*COUNTY OF ORANGE* |
| PLANTIFF: Vigilant LLC | |
| DEFENDANT: Tabula Rasa Healthcare, Inc | **Aug 5, 2021**<br>Clerk of the Court<br>By: Katie Trent, Deputy |
| Short Title: VIGILANT LLC VS. TABULA RASA HEALTHCARE, INC | |

| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2021-01214291-CU-CL-CJC |
|---|---|

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>01/14/2022</u> at <u>09:00:00 AM</u> in Department <u>C18</u> of this court, located at <u>Central Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html

Clerk of the Court,  By: _Katie Trent_ , Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701

**SHORT TITLE:** VIGILANT LLC VS. TABULA RASA HEALTHCARE, INC

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER: 30-2021-01214291-CU-CL-CJC |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Santa Ana, California, on 08/05/2021. Following standard court practice the mailing will occur at Sacramento, California on 08/06/2021.

Clerk of the Court, by: _Katie Trent_ _____ , Deputy

LAW OFFICES OF TODD F. HAINES
30495 CANWOOD STREET # SUITE 100
AGOURA HILLS, CA 91301

# EXHIBIT B



**Fri Sep 03 2021**

| | |
|---|---|
| **Entity#:** | 1929390 |
| **Filing Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Original Filing Date:** | 04/12/2010 |
| **Location:** | --- |
| **Business Name:** | VIGILANT LLC |

| | |
|---|---|
| **Status:** | Active |
| **Exp. Date:** | - |

## Agent/Registrant Information

TAFT SERVICE SOLUTIONS CORP.
425 WALNUT STREET, 1800
CINCINNATI OH 45202
09/30/2020
Active

## Filings

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| ARTICLES OF ORGNZTN/DOM. PROFIT LIM.LIAB. CO. | 04/12/2010 | 201010500601 |
| TRADE NAME/ORIGINAL FILING | 02/03/2011 | 201103501091 |
| TRADE NAME/BUSINESS ADDRESS CHANGE | 02/03/2011 | 201103500779 |
| TRADE NAME/ORIGINAL FILING | 08/13/2012 | 201222900581 |
| TRADE NAME RENEWAL | 01/15/2016 | 201601501176 |
| TRADE NAME RENEWAL | 08/09/2017 | 201722101152 |
| SUBSEQUENT AGENT APPOINT/LIMITED/LIABILTY/PARTNERS | 09/07/2017 | 201725001710 |
| SUBSEQUENT AGENT APPOINT/LIMITED/LIABILTY/PARTNERS | 09/30/2020 | 202027403452 |



Fri Sep 03 2021

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE

*I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that this is a list of all records approved on this business entity and in the custody of the Secretary of State.*



*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 3rd of September, A.D. 2021*

*Ohio Secretary of State*



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|------|-------------|-------------|--------|-------|---------|------|------|
| 08/09/2017 | 201722101152 | TRADE NAME RENEWAL (RNR) | 25.00 | | | | 0 |

**Receipt**

This is not a bill. Please do not remit payment.

**VIGILANT LLC**
**8366 PRINCETON GLENDALE RD**
**SUITE B5**
**WEST CHESTER, OH, 45069**

# S T A T E   O F   O H I O
## C E R T I F I C A T E

### Ohio Secretary of State, Jon Husted

#### 2128878

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**VIGILANT NOW**

and, that said business records show the filing and recording of:

Document(s)                                                          Document No(s):

**TRADE NAME RENEWAL**                                    **201722101152**

                **Effective Date:  08/09/2017**



Witness my hand and the seal of the
Secretary of State at Columbus, Ohio
this 9th day of August, A.D. 2017.

*Jon Husted*

**Ohio Secretary of State**

United States of America
State of Ohio
Office of the Secretary of State



**Form 523A Prescribed by:**

### JON HUSTED
### Ohio Secretary of State

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
*www.OhioSecretaryofState.gov*
*Busserv@OhioSecretaryofState.gov*

Date Electronically Filed: 8/9/2017

## Renewal of Trade Name or Fictitious Name Registration
## Filing Fee: $25

**(CHECK ONLY ONE (1) BOX)**

☑ Renewal of Trade Name (172-RNR)

Reg. No. `2128878`

☐ Renewal of Fictitious Name (159-NFR)

Reg. No. ``

| | |
|---|---|
| Trade Name or Fictitious Name to be Renewed | VIGILANT NOW |
| Name of Registrant Renewing Name | VIGILANT LLC |

Registrant's Entity Number (if registered with Ohio Secretary of State): `1929390`

---

**Complete if the registrant is a general partnership and has not provided an entity number above. Registration numbers are assigned to partnerships that have filed a statement under Ohio Revised Code Chapter 1776 OR complete if a partner was listed on the original application and that person/entity is no longer a partner.**

Provide the name and address of at least one general partner.

| **Name** | **Address** |
|---|---|
| | |
| | |
| | |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation/limited liability company licensed in Ohio under an assumed name, please provide the assumed name and the name as registered in its jurisdiction of formation.

---

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**REQUIRED**
Renewal must be signed by the registrant or authorized representative of the registrant.

| VIGILANT LLC |
|---|

Signature

| KATHERINE NYHUIS |
|---|

By (if applicable)

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

| |
|---|

Print Name

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

| |
|---|

Signature

| |
|---|

By (if applicable)

| |
|---|

Print Name



| DATE:<br>04/16/2010 | DOCUMENT ID<br>201010500601 | DESCRIPTION<br>ARTICLES OF ORGNZTN/DOM. PROFIT<br>LIM.LIAB. CO. (LCP) | FILING<br>125.00 | EXPED<br>.00 | PENALTY | CERT<br>.00 | COPY<br>.00 |

### Receipt
This is not a bill. Please do not remit payment.

CHRISTOPHER NYHUIS
6610 HARVEST CT.
MASON, OH 45040

---

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jennifer Brunner

**1929390**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**VIGILANT LLC**

and, that said business records show the filing and recording of:

Document(s):                                    Document No(s):

**ARTICLES OF ORGNZTN/DOM. PROFIT LIM.LIAB. CO.**          **201010500601**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the
Secretary of State at Columbus,
Ohio this 12th day of April, A.D.
2010.

Ohio Secretary of State



**Form 533A Prescribed by the:**
## Ohio Secretary of State

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)

*www.sos.state.oh.us*
*Busserv@sos.state.oh.us*

| **Expedite this form: (select one)** |
| Mail form to **one** of the following: |

○ Expedite    PO Box 1390
               Columbus, OH 43216
**\*\*\* Requires an additional fee of $100 \*\*\***

◉ Non Expedite    PO Box 670
               Columbus, OH 43216

**RECEIVED**

# ARTICLES OF ORGANIZATION FOR A DOMESTIC LIMITED LIABILITY COMPANY
### Filing Fee: $125.00

**APR 1 2 2010**

**SECRETARY OF STATE**

**(CHECK ONLY ONE (1) BOX)**

| (1) ☑ Articles of Organization for Domestic For-Profit Limited Liability Company <br> (115-LCA) <br> ORC 1705 | (2) ☐ Articles of Organization for Domestic Nonprofit Limited Liability Company <br> (115-LCA) <br> ORC 1705 |
|---|---|

---

Name of limited liability company

Vigilant LLC

Name must include one of the following words or abbreviations: "limited liability company," "limited," "LLC," "L.L.C.," "ltd., "or "ltd"

**Effective Date** _____ **(The legal existence of the limited liability company begins upon the filing**
**(Optional)**    mm/dd/yyyy    **of the articles or on a later date specified that is not more than ninety days**
**after filing)**

This limited liability company shall exist for _____
**(Optional)**                                Period of Existence

**Purpose**       To provide various I.T. Services including and not limited to Network Security,
**(Optional)**

           Infrastructure Security penetration testing, Infrastructure Security Hardening,

           Networking, Hardware / Software Installation and Troubleshooting

☐ *Check here if additional provisions are attached*

# ORIGINAL APPOINTMENT OF AGENT

The undersigned authorized member(s), manager(s) or representative(s) of

Vigilant LLC
_____
Name of Limited Liability Company

hereby appoint the following to be Statutory Agent upon whom any process, notice or demand required or permitted by statute to be served upon the limited liability company may be served.  The name and address of the agent is

Christopher Nyhuis
_____
Name of Agent

6610 Harvest Ct.
_____
Mailing Address

Mason                           Ohio                      45040
_____     _____     _____
City                              State                     Zip Code

☐ **If the agent is an individual and using a P.O. Box, check this box to certify the agent is an Ohio resident.**

## ACCEPTANCE OF APPOINTMENT

The undersigned, named herein as the statutory agent for

Vigilant LLC
_____
Name of Limited Liability Company

hereby acknowledges and accepts the appointment of agent for said limited liability company

_____
Agent's Signature

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies
that he or she has the requisite authority to execute this document on behalf of the limited liability company
identified above.

**REQUIRED**
Articles and original
appointment of agent must
be authenticated **(signed)**
by a member, manager or
other representative.

Signature _____    Date 4/9/10

Print Name Chris Nyhus

Signature _____    Date _____

Print Name _____

Signature _____    Date _____

Print Name _____

**(See Instructions Below)**

# EXHIBIT C



# WARREN COUNTY
*Property Search*

| | **Matt Nolan** | **Barney Wright** | **Linda Oda** |
|---|---|---|---|
| | Auditor | Treasurer | Recorder |

| Parcel ID | 1506176009 | Current Owner | NYHUIS CHRISTOPHER M. & | Value As Of | 01-01-2020 |
|---|---|---|---|---|---|
| Parcel Seq | 0 | | | | |
| Account Number | 1134029 | Property Address | 6439 SHADY OAK LN<br>MASON 45040 | Ownership As Of | 09-07-2021 |
| | | | | Tax Data As Of | 09-07-2021 |
| Legal Description | WHISPERING SPRNGS 2C   LOT: 80<br>0.635 ACRES | State Use Code | 0510 - SINGLE FAMILY DWG (PLATTED) | Census Tract | 319.01 |
| Tax District | 11<br>MASON CORP<br>MASON CSD | Neighborhood ID | 152004 | OH Public School Dist No | 8307 |
| | | School District | MASON CSD | | |

**Primary Picture**



**Primary Sketch**



### Residential Building and Last Sale Summary

| | | | |
|---|---|---|---|
| Last Sale Amount | $640,000 | Bedrooms | 5 |
| Last Sale Date | 08/16/2018 | Exterior | MASONRY |
| Owner Occupied | Y | Above Grade Living Area | 4,235 sq. ft. |
| Homestead Exemption | N | Finished Basement/Attic | 900 sq. ft. |
| Year Built | 2004 | Total Living Area | 5,135 sq. ft. |

### Value Summary

| VALUATION | TRUE VALUE | ASSESSED VALUE |
|---|---|---|
| LAND | $130,000 | $45,500 |
| BUILDING | $488,760 | $171,070 |
| TOTAL | $618,760 | $216,570 |
| CAUV | $0 | - |

| Parcel ID | 1506176009 | | | | |
|---|---|---|---|---|---|
| Parcel Seq | 0 | **Current Owner** | NYHUIS CHRISTOPHER M. & | **Account Number** | 1134029 |

## Residential Building Details
## Building 1 of 1

**Building Sketch**



**Sketch Details**

| | | | |
|---|---|---|---|
| A | BRICK | 2 STORY | 1970 |
| B | BRICK | 1 ST. / BSM'T | 155 |
| C | FR. & MASONRY | E PORCH / O PORCH (OR REVERSE) | 150 |
| D | FRAME | DECK | 405 |
| E | FRAME | OPEN PORCH | 40 |
| F | FRAME | 1 ST. / GAR. | 140 |
| G | BRICK | GARAGE | 594 |
| H | FRAME | OPEN PORCH | 146 |
| I | STONE | OPEN PORCH | 405 |
| J | FRAME | OPEN PORCH | 405 |

| | | | |
|---|---|---|---|
| Occupancy | 1 FAMILY UNIT | Finished Basement | 900 sq. ft. |
| Construction Year | 2004 | Unfinished Attic | 0 sq. ft. |
| Remodel Year 1 | 0 | Finished Attic/Living Area | 0 sq. ft. |
| Remodel Year 2 | 0 | Number of Bedrooms | 5 |
| Condition | EXCELLENT | Family/Rec Room | NO |
| Constrcution Cost | 0.00 | Wood Fireplace | 0 |
| Remodel Cost | 0.00 | Gas Fireplace | 1 |
| Foundation | CONCRETE | Heating System | FORCED AIR |
| Exterior | MASONRY | Heat Source | GAS |
| Basement | 3/4 | Central Air Conditioning | YES |
| | | Full Baths | 4 |
| | | Half Baths | 2 |
| | | True Value | 488,760.00 |

| Special Features |
|---|
| No Special Features Found |

| Parcel ID | 1506176009 | Current Owner | NYHUIS CHRISTOPHER M. & | Account Number | 1134029 |
|---|---|---|---|---|---|
| Parcel Seq | 0 | | | | |

**Tax Information**
**Tax Year: 2021**

| | First Half | Second Half | Total Current | Delinquent | Total Charge |
|---|---|---|---|---|---|
| Gross Tax | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Net Gross | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Non-Business Credit | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Homestead | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Owner Occupied Credit | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Net Tax | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Recoupment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Net Tax | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Penalty | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| Special Assessments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SA Penalty | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| Adders | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Remitters | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Refunded | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| Aug Tax Interest | | | | | $0.00 |
| Aug SA Interest | | | | | $0.00 |
| Dec Tax Interest | | | | | $0.00 |
| Dec SA Interest | | | | | $0.00 |
| Def Tax Interest | | | | | $0.00 |
| Def SA Interest | | | | | $0.00 |
| Amount Due | | | | | $0.00 |

| Parcel ID | 1506176009 | Current Owner | NYHUIS CHRISTOPHER M. & | Account Number | 1134029 |
|---|---|---|---|---|---|
| Parcel Seq | 0 | | | | |

**Potential CAUV Recoupment**

| | 2018 | 2019 | 2020 | TOTAL |
|---|---|---|---|---|
| Potential Recoupment | NO POTENTIAL RECOUPMENT RECORDS FOUND | | | |

| Parcel ID | 1506176009 | | Current Owner | NYHUIS CHRISTOPHER M. & | Account Number | 1134029 |
| Parcel Seq | 0 | | | | | |

**Sales History**

| Sale Date | Grantor | Grantee | Consideration | Convey No. |
|---|---|---|---|---|
| 08-16-2018 | BBT GROUP, LLC | NYHUIS, CHRISTOPHER M. &* | $640,000.00 | 2018-6001 |
| 05-25-2004 | DANIELS HOMES CONSTRUCTIO | BBT GROUP, LLC | $648,140.00 | 2004-4264 |
| 12-04-2003 | WHISPERING SPRINGS LLC LT | DANIELS HOMES CONSTRUCTIO | $134,900.00 | 2003-10699 |
| 07-25-2003 | WHISPERING SPRINGS LLC LT | WHISPERING SPRINGS LLC LT | $0.00 | 2003-6225.009 |